# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 30, 2018

157037

JASON T. ALLEN,
      Plaintiff-Appellant,

v

CHARLEVOIX ABSTRACT & ENGINEERING
COMPANY and ACCIDENT FUND
INSURANCE COMPANY OF AMERICA,
      Defendants-Appellees.

_____/

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SC: 157037
COA: 339123
MCAC: 14-000047

     On order of the Court, the application for leave to appeal the December 7, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.





     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 30, 2018

d1022

Clerk